FILED
AUG - 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. S2- 4:18 CR 469 SNLJ |
| SANTONIO WADE, ) | |
| Defendant. ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about May 16, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SANTONIO WADE,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The United States Attorney charges that:

On or about August 30, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SANTONIO WADE,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm traveled in interstate or foreign commerce during or prior to being in the Defendant's

possession.

    In violation of Title 18, United States Code, Section 922(g)(1).

                              Respectfully submitted,

                              JEFFREY B. JENSEN
                              United States Attorney

                              */s/ Linda Lane*
                              LINDA LANE, # 0011451IA
                              Assistant United States Attorney
                              111 South 10th Street, Room 20.333
                              St. Louis, Missouri 63102
                              (314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Linda Lane, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*Linda Lane*
LINDA LANE, # 0011451IA

Subscribed and sworn to before me this 8th day of August 2019.

*Gregory J. Linhares*
CLERK, U.S. DISTRICT COURT

By: *Carol B. Long*
DEPUTY CLERK